# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| L.S., | : | No. 70 MAP 2020 |
| | : | |
| Appellee | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court entered on |
| v. | : | December 3, 2020. |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**                                                                 **DECIDED:  July 21, 2021**

**AND NOW**, this 21st day of July, 2021, the order of the Commonwealth Court is REVERSED.  *See Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020) (holding that Subchapter I of the Sex Offender Registration and Notification Act, 42 Pa.C.S. §§ 9799.51-9799.76, does not constitute criminal punishment and is not an *ex post facto* law).